# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**NOVA CASUALTY COMPANY,**

    **Plaintiff,**

**v.**                                                   Case No. 8:09-cv-1351-T-30AEP

**ROBERT SANTA LUCIA, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the following:

1. Defendants' Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A.'s Motion to Amend/Correct Fabre Affirmative Defenses (Dkt. 67);

2. Defendants Robert Santa Lucia and Santa Lucia & Thomas, P.A.'s Motion for Leave to File Amended Fabre Affirmative Defenses (Dkt. 72);

3. Plaintiff Nova Casualty Company's Motion for Summary Judgment against Defendants Robert Santa Lucia and Santa Lucia & Thomas, P.A. (Dkt. 70);

4. Plaintiff Nova Casualty Company's Motion for Summary Judgment against Defendants Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A. (Dkt. 71);

5. Defendants Robert Santa Lucia and Santa Lucia & Thomas's Motion for Summary Judgment (Dkt. 73); and

6.	Defendants Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A.'s Motion for Summary Judgment (Dkt. 75).

A hearing was held on all motions on October 8, 2010. For the reasons stated on the record, all Defendants' motions for summary judgment will be denied. Plaintiff has moved for summary judgment against on all Defendants' affirmative defenses. The Court will grant summary judgment to Plaintiffs as to the affirmative defenses of Waiver or Estoppel; *Fabre* defense; release, settlement, accord, and satisfaction; statute of limitations; unclean hands; abandonment; waiver; laches; intervening acts; and recoupment. Summary judgment is denied as to the affirmative defenses of judgmental immunity, comparative negligence, and failure to mitigate damages.

It is therefore ORDERED AND ADJUDGED that:

1.	Defendants' Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A.'s Motion to Amend/Correct Fabre Affirmative Defenses (Dkt. 67) and Defendants Robert Santa Lucia and Santa Lucia & Thomas's Motion for Leave to File Amended Fabre Affirmative Defenses (Dkt. 72) are **DENIED**.

2.	Plaintiff Nova Casualty Company's Motion for Summary Judgment against Defendants Robert Santa Lucia and Santa Lucia & Thomas, P.A. (Dkt. 70) and Plaintiff Nova Casualty Company's Motion for Summary Judgment against Defendants Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A. (Dkt. 71) are **GRANTED in part and DENIED** in part as stated above.

3. Defendants Robert Santa Lucia and Santa Lucia & Thomas's Motion for Summary Judgment (Dkt. 73) and Defendants Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A.'s Motion for Summary Judgment (Dkt. 75) are **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1351.msjs and aff defs.wpd