**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**NOVA CASUALTY COMPANY,**

    **Plaintiff,**

**v.**                                                        **Case No.  8:09-cv-1351-T-30AEP**

**ROBERT SANTA LUCIA, et al.,**

    **Defendants.**

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants Robert Santa Lucia and Santa Lucia & Thomas P.A.'s Emergency Motion for Reconsideration or, in the Alternative, Motion for Clarification (Dkt. 142). Defendants ask the Court to reconsider a previous endorsed order denying Defendants' Motion to Depose for Trial Judge Gaspar Ficarotta, the judge in the underlying action. The Court denies Defendants' Motion for Reconsideration but grants the Motion for Clarification.

Defendants' Motion to Depose Judge Ficarotta was denied because the evidence is inadmissible at trial. It is inappropriate to explore the impressions or mental reasoning of a judge in the entering of an order. *Fayerweather v. Ritch*, 195 U.S. 276, 306-307 (U.S. 1904); *United States v. Cross*, 516 F. Supp. 700, 707 (M.D. Ga. 1981), *aff'd*, 742 F2d (11th Cir. 1984); *Stein v. Prof'l Ctr.*, 666 So. 2d 264, 265-266 (Fla. Dist. Ct. App. 3d Dist. 1996).

It is therefore ORDERED AND ADJUDGED that:

1. Defendants Robert Santa Lucia and Santa Lucia & Thomas P.A.'s Emergency Motion for Reconsideration (Dkt. 142) is DENIED.

2. Defendants Robert Santa Lucia and Santa Lucia & Thomas P.A.'s Alternative Motion for Clarification (Dkt. 142) is GRANTED.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1351.reconsider 142.frm