**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NOVA CASUALTY COMPANY,**

    **Plaintiff,**

**v.**                                                                    **Case No. 8:09-cv-1351-T-30AEP**

**ROBERT SANTA LUCIA, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants Robert Santa Lucia and Santa Lucia & Thomas P.A.'s Motion for Sanctions, Motion to Strike and/or Motion for Summary Judgment (Dkt. #204) and Defendants Santa Lucia & Thomas P.A. and Quintairos, Prieto, Wood & Boyer, P.A.'s Motion to Impose Sanctions Against Plaintiff (Dkt. #214). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendants Robert Santa Lucia and Santa Lucia & Thomas P.A.'s Motion for Sanctions, Motion to Strike and/or Motion for Summary Judgment (Dkt. #204) is DENIED.

2. Defendants Santa Lucia & Thomas P.A. and Quintairos, Prieto, Wood & Boyer, P.A.'s Motion to Impose Sanctions Against Plaintiff (Dkt. #214) is GRANTED in part.

3. Plaintiff is ordered to reimburse Defendants for the expense of e-discovery expert Adam Sharp's travel and examination of e-records in Buffalo, New York on December 10, 2010.

**DONE** and **ORDERED** in Tampa, Florida on March 11, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1351.mot 204 & 214.frm