# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**NOVA CASUALTY COMPANY,**

    **Plaintiff,**

**v.**                                                  **Case No. 8:09-cv-1351-T-30AEP**

**ROBERT SANTA LUCIA, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Motions in Limine. On March 16, 2011, the Court held a pretrial conference and heard argument on the motions. For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

1. Robert Santa Lucia and Quintairos, Prieto, Wood, & Boyer, P.A.'s Motion in Limine (Dkt. 117) is GRANTED in part and DENIED in part. Plaintiff may not refer to the voicemail at issue as an offer until and unless there is a good faith basis to do so. The Court reserves ruling on the motion to exclude Fay Ryan's legal evaluation. The motion to exclude Warren Seifert's testimony regarding whether he would have settled the underlying action for $500,000 is denied.

2. Santa Lucia & Thomas, P.A. and Robert Santa Lucia's Amended Motion in Limine on Attorney/Client Privilege (Dkt. 120) is DENIED insofar as any communication copied to Nova during the course of the underlying action.

3. Santa Lucia & Thomas, P.A. and Robert Santa Lucia's Motion in Limine on Plaintiff Referencing Being the Client (Dkt. 199) is DENIED.

4. Nova Casualty Company's Motion in Limine as to Reinsurance (Dkt. 223) is GRANTED. If the reinsurance issue becomes relevant at trial, the parties may approach the bench for permission prior to any mention of reinsurance.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1351.MILS.frm