# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NOVA CASUALTY COMPANY,**

    **Plaintiff,**

v.                                             Case No. 8:09-cv-1351-T-30AEP

**ROBERT SANTA LUCIA, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion in Limine as to Reinsurance (Dkt. 223). The Court heard argument on the motion at the pretrial conference on March 16, 2011, and then granted the motion. On March 22, 2011, the Court entered an order stating that it was reconsidering its ruling on the motion and requesting response briefs from the defendants, which had not previously been filed.

Upon consideration, the Court is changing its ruling. Defendants will be allowed to explore the issue of reinsurance if Plaintiff testifies that it would have settled for any particular offer because that testimony would bring into issue the question of Plaintiff's motivation to settle.

It is therefore ORDERED AND ADJUDGED that:

1. The Court's Order of March 16, 2011 (Dkt. 228) is VACATED as to Plaintiff's Motion in Limine as to Reinsurance (Dkt. 223) only.

2. Plaintiff's Motion in Limine as to Reinsurance (Dkt. 223) is GRANTED in part and DENIED in part as stated above.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1351.MIL 223.frm