# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

NOVA CASUALTY COMPANY,

     Plaintiff,

v.                                   Case No.  8:09-cv-1351-T-30AEP

ROBERT SANTA LUCIA, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court for jury trial beginning May 2, 2011.  On May 3, 2011, the Court was advised that the parties have reached a settlement.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 3, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1351.dismissal.wpd